# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| **DOUGLAS L. DAVIS JR.**, *et al.* | Case No.    2:23-cv-1099 |
| Plaintiffs, | Judge:    Hon. Matthew F. Kennelly |
| v. | |
| **ACTAVIS INC.**, *et al.* | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Laura C. Davis, individually and on behalf of the Estate of Douglas L. Davis Jr., with the express consent of all Parties who have appeared, dismisses this action in its entirety and as to all parties, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party shall bear its own costs. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release.


August 5, 2025            Respectfully Submitted,

   */s/ James Griffin O'Brien*
   James Griffin O'Brien (OH, GA, CA) (PHV)
   BEY & ASSOCIATES, LLC
   4200 Northside Parkway, Bldg 9
   Atlanta, Georgia 30327
   Direct:  513.506.1515
   Main:    404.344.4448
   Email:  jim@beyandassociates.com

   *Counsel for Laura C. Davis, individually and on behalf of the Estate of Douglas L. Davis Jr.*

        */s/ Andrew J. Rima*      (by permission)
Andrew J. Rima
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Phone:      (312) 881-5943
Email:      arima@goldmanismail.com

*Counsel for Defendants Actavis Inc., Actavis Pharma, Inc., and Actavis Laboratories UT, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I transmitted a true and accurate copy of the foregoing upon:

>Andrew J. Rima
>Edward James Dumoulin
>Shayna Susanne Cook
>Tarek Ismail
>Caleb Austin Kennedy
>Elizabeth Farrington
>GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
>200 S. Wacker St., 22nd Fl.
>Chicago, IL 60606
>Tel.     312-681-6000
>Fax:     312-881-5191
>Email:   arima@goldmanismail.com
>Email:   edumoulin@goldmanismail.com
>Email:   scook@goldmanismail.com
>Email:   tismail@goldmanismail.com
>Email:   ckennedy@goldmanismail.com
>Email:   bfarrington@goldmanismail.com

>Nelson C. Bellido
>ROIG LAWYERS
>44 West Flagler Suite 2100
>Miami, FL 33130
>Tel.     305-405-0997
>Fax:     305-405-1022
>Email:   pleadings@roiglawyers.com

>*Counsel for Actavis Inc., Actavis Pharma Inc., and Actavis Laboratories UT Inc.*

by filing a copy on the Court's electronic filing system on this date.

August 5, 2025            <u>*/s/ James G. O'Brien*</u>
                          James G. O'Brien (OH, GA, CA) (PHV)